# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JENNIFER COATES, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|        v. | )  1:23-cv-00062-JDL |
| | ) |
| MAINE SECRETARY OF STATE, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER OF DISMISSAL

On June 21, 2023, an Order to Show Cause (ECF No. 20) was issued instructing the Plaintiffs to notify the Court in writing whether they intended to proceed in this matter with new counsel or if they intended to proceed pro se. The Plaintiffs were warned that their failure to respond by July 21, 2023, would result in dismissal of their case without prejudice. The Plaintiffs have not responded to the show-cause order or otherwise appeared.

"A district court's inherent powers to sanction parties for litigation abuses include the power to act *sua sponte* to dismiss a suit for failure to prosecute." *Díaz-Santos v. Dep't of Educ.*, 108 Fed. Appx. 638, 640 (1st Cir. 2004). Federal Rule of Civil Procedure 41(b) also authorizes the Court to dismiss an action for a party's failure to prosecute or failure to comply with a court order. *See Crosson v. Keaten*, No. 1:21-cv-00049-LEW, 2021 WL 1792063, at *1 (D. Me. May 5, 2021), *report and recommendation adopted*, No. 1:21-cv-00049-LEW, 2021 WL 2445886 (D. Me. June 15, 2021). Because the Plaintiffs have not appeared or otherwise responded since the

initial filing of their Complaint in February 2023, and because they failed to comply with the Court's Order, dismissal is warranted.

Accordingly, it is **ORDERED** that this case is **DISMISSED** without prejudice.

**SO ORDERED.**

**Dated: August 8, 2023.**

>                    /s/ JON D. LEVY
>           **CHIEF U.S. DISTRICT JUDGE**