UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JENNIFER COATES, et al. | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:23-cv-00062-JDL |
| | ) | |
| MAINE SECRETARY OF STATE, et al. | ) | |
| | ) | |
| Defendant(s), | ) | |

JUDGMENT OF DISMISSAL

In accordance with the Order of Dismissal entered by Chief U.S. District Judge Jon D. Levy on August 8, 2023,

JUDGMENT of Dismissal Without Prejudice is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Michele Mitchell
      Deputy Clerk

Dated: August 8, 2023